CHARLES CRANFORD, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Cranford v. Brooklyn Heights R. R. Co.*, 168 App. Div. 457, affirmed. (Argued December 2, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 27, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. Plaintiff entered into a contract with defendant involving the lowering of part of its right of way, the building of retaining walls and the relocation of its tracks. The contractor sued upon four causes of action, alleging substantial completion, and demanding upon cause 1 for work done and certified under the contract the sum of $54,235.92; upon cause 2 for work done under the contract and not certified the sum of $18,879.91; upon cause 3 for damages for breach of contract prior to August 31, 1906, the sum of $14,254.70; and upon cause 4 for damages for breach of contract subsequent to August 31, 1906, the sum of $97,295.04. Defendant joined issue on the allegations of the complaint and set up a counterclaim for $93,904.66 for labor and materials furnished. Plaintiff duly replied joining issue upon the counterclaim.

*Edward M. Grout* and *James F. McKinney* for appellant.

*John L. Wells, Charles A. Woody* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ. Taking no part: COLLIN, J.